# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160658(191)(195)
160660

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
       Plaintiffs-Appellants,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
       Defendants-Appellees.

SC: 160658
COA: 334663

_____

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
       Plaintiffs-Appellees,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
       Defendants-Appellants.

SC: 160660
COA: 334663

_____/

      On order of the Chief Justice, the separate motions of (1) the Michigan Association of Public School Academies and Michigan Council of Charter School Authorizers, and (2) the Michigan House of Representatives and the Michigan Senate are GRANTED. The amicus briefs submitted by those entities on November 25, 2020, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020           

                                Clerk